

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2020

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Hensley Dupigny*, S1 18 Cr. 528 (JMF)

Dear Judge Furman:

  The Government writes respectfully to request an adjournment of the sentencing of defendant Hensley Dupigny, currently scheduled for December 15, 2020, as well as the corresponding filing dates, to a date after the sentencing of Hubert Dupigny, Hensley Dupigny's co-defendant in the above-referenced matter, currently scheduled for March 23, 2021. The defendant, through counsel, does not object to this request, in light of his cooperation agreement with the Government.

            Respectfully,

            AUDREY STRAUSS
            Acting United States Attorney

     By:   /s/
            Mollie Bracewell
            Jacob Gutwillig
            Michael Herman
            Assistant United States Attorneys
            (212) 637-2218 / 2215 / 2221

Application GRANTED. Sentencing is hereby ADJOURNED to April 6, 2021, at 3:00 p.m.. The Clerk of Court is directed to terminate Doc. #331. SO ORDERED.

November 25, 2020