

March 12, 2021

VIA ECF
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Hensley Dupigny*, S1 18 Cr. 528 (JMF)

Dear Judge Furman:

I represent Hensley Dupigny, who is currently scheduled to be sentenced by this Court on April 6, 2020.  I ask, with the government's consent, for a short adjournment to ensure that we have all necessary sentencing materials for the Court and to allow me the necessary time to coordinate with my client, who is held at the privately-operated GEO detention facility, where counsel calls have been difficult to arrange.  To have adequate opportunity to discuss all sentencing submissions with Hensley, I ask that this Court adjourn his sentencing by two weeks, and calendar it for a date the week of April 19 or thereafter.

This is the first request for an adjournment and the government consents to the request.

Respectfully,

/s/
Megan W. Benett

cc: All counsel of record by ECF

Application GRANTED. Sentencing is hereby ADJOURNED to April 29, 2021, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #342. SO ORDERED.

March 12, 2021