

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

December 17, 2021

VIA ECF
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #378. SO ORDERED.

December 17, 2021

Re: *United States v. Hensley Dupigny*, S1 18 Cr. 528 (JMF)

Dear Judge Furman:

    I represent Hensley Dupigny in the above-captioned matter. At the time of sentencing, this Court ordered that the parties confer on unsealing and filing redacted sentencing submissions by the end of this year. Because, however, Mr. Dupigny remains in the custody of the Bureau of Prisons (which has not been able to move him to home confinement due to apparent logistical and sentence computation issues) and because I am concerned that the nature of the information contained in the sentencing materials and the discussion at sentencing could put his personal safety at risk in his current facility, I respectfully request that this Court allow the parties an additional 90 days to file redacted sentencing submissions. I also respectfully request that the file remain sealed until that time. This modest extension of time will not prejudice the public's interest in this case, in which trial proceedings are complete and which will, under this proposal, become public in a relatively short period of time. I have conferred with the government about this request and they have no objection.

    For the foregoing reasons, I request that this Court maintain the file under seal for an additional 90 days and allow the parties to file redacted sentencing submissions on or before March 31, 2022.

Respectfully,

/s/
Megan W. Benett

cc: All counsel of record by ECF

New York      Boston      Los Angeles